FILED: January 7, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1024
(5:24-cv-00724-M-RN)

_____

JEFFERSON GRIFFIN

      Plaintiff - Appellee

v.

ALLISON RIGGS

      Intervenor - Appellant

_____

This case has been opened on appeal.

| Originating Court | United States District Court for the Eastern District of North Carolina at Raleigh |
|---|---|
| Originating Case Number | 5:24-cv-00724-M-RN |
| Date notice of appeal filed in originating court: | 01/07/2025 |
| Appellant(s) | Allison Riggs |
| Appellate Case Number | 25-1024 |
| Case Manager | Rachel Phillips<br>804-916-2702 |