FILED: January 14, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1018 (L)
(5:24-cv-00724-M-RN)

_____

JEFFERSON GRIFFIN

       Plaintiff - Appellee

v.

NORTH CAROLINA STATE BOARD OF ELECTIONS

       Defendant - Appellant

_____

No. 25-1019
(5:24-cv-00724-M-RN)

_____

JEFFERSON GRIFFIN

       Plaintiff - Appellee

v.

NORTH CAROLINA ALLIANCE FOR RETIRED AMERICANS; VOTEVETS
ACTION FUND; TANYA WEBSTER-DURHAM; SARAH SMITH; JUANITA
ANDERSON

Intervenors - Appellants

_____

No. 25-1024
(5:24-cv-00724-M-RN)

_____

JEFFERSON GRIFFIN

Plaintiff - Appellee

v.

ALLISON RIGGS

Intervenor - Appellant

_____

O R D E R

_____

Upon consideration of the intervenors' unopposed motion to file separate briefs, the court grants the motion and orders that the total word count across all three briefs shall not exceed 20,000 words.

For the Court

/s/ Nwamaka Anowi, Clerk