No. 25-1018, 25-1019, 25 - 1024

# In The
# United States Court Of Appeals
# For The Fourth Circuit

**JEFFERSON GRIFFIN,**

*Petitioner-Appellee,*

v.

**NORTH CAROLINA STATE BOARD OF ELECTIONS.**

*Respondent-Appellant,*

and

**ALLISON RIGGS, et al.,**

*Intervenor- Respondents.*

ON APPEAL FROM THE UNITED STATES
DISTRICT COURT FOR THE EASTERN
DISTRICT OF NORTH CAROLINA

**MOVANT KALAH MARTIN'S REPLY TO RESPONSE IN REQUEST FOR PERMISSION TO FILE AND REQUEST TO BE HEARD IN ORAL ARGUMENT**

**Taylor M. Dant**
P.O. BOX 436
9052 W Market St.,
Colfax, North Carolina  27235-9622
(P)(919) 726 - 4812
(E) td@dantlegal.com

Movant Ka'Lah Martin submits movants 'Reply in Response,' of opposition to Request for Permission to File as well as Request to Participate in Oral Argument as follows:

An expedited timeline was granted by this court due to Judge Riggs, Judge Griffin, and the North Carolina State Boards correct analysis of the issues of constitutional rights of the individual, finality in an election, confidence in elections through the justice system, and strong public interest to resolve these issues. The Board of Elections and other parties bring strong arguments regarding the violation of rights, specifically for minorities; against points made by Judge Griffin. Arguments are made regarding the difficulties individuals might have in voting regarding accommodations, disability, and access in any allegations of improper voter registration and the like. This Honorable Court recognized those pressing issues to the public and granted a motion to expedite.

Yet, although accommodations and loss of access matter to expedite; they do not matter for Martin; Martin filed late, and thus they oppose. The voice of minorities and their right to vote matters; but not to be heard about how that voting process stripped Martin's liberty in this case, as they oppose. In the expedition request there is a direct contradiction to

the point of the request because Martin's voice matters; especially in this case, where she would be the only *individual* citizen with a voice representing *direct harm* and *direct injury* of the 2024 election and how it was handled.

On the one hand, Martin's goal to participate in Oral argument has been accomplished by the response of all parties in opposition; this case is not brought by those who have a genuine interest in the individual or the public of North Carolina. A minority woman suffering from repeated outrageous acts of the State officials asks to be heard in this court, the official actors of the state and non-profit support of same's response is, no. It has been no, since 2019; Martin has not mattered to this State since 2019 by any administrative agency, any county, any judge, or any state court in North Carolina.

Undersigned submits to this Court the importance of considering Martin's position as one true individual public friend of the Court through brief; stands tall in the request to file, and taller now in the request to be heard in Oral Argument. However, with response in opposition the true point desired in Oral argument on behalf of Martin

has been made; this is about a seat, not the people. They do not want to hear from the people; they said so, in opposition to be heard.

## CERTIFICATES OF COMPLIANCE

Undersigned counsel certifies that this reply-response motion complies with Fed. R. App. P. 27.

Respectfully submitted this the 24 day of January, 2025.

/s/ *Taylor M. Dant*
Taylor M. Dant, esq.
P.O. BOX 436
9052 W Market St.,
Colfax, North Carolina
27235-9622
(P)(919) 726 – 4812
(F)(336) 397 – 9413
(E) td@dantlegal.com


*Counsel for Movant Amici,*
Ka'Lah Nicole Martin.

## CERTIFICATE OF SERVICE

I certify that the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, which will automatically serve electronic copies on all counsel of record.

This the 24 day of January, 2025.

/s/ *Taylor M. Dant*
Taylor M. Dant, esq.
