No. 25-1018, 25-1019, 25-1024

# In The
# United States Court Of Appeals
# For The Fourth Circuit

**JEFFERSON GRIFFIN,**

*Petitioner-Appellee*

v.

**NORTH CAROLINA STATE BOARD OF ELECTIONS.**

*Respondent-Appellant*

and

**ALLISON RIGGS, et al.,**

*Intervenor- Respondents.*

ON APPEAL FROM THE UNITED STATES
DISTRICT COURT FOR THE EASTERN
DISTRICT OF NORTH CAROLINA

---

**MOTION OF MOVANT KALAH NICOLE MARTIN, ABEYANCE MOTION, MOTION FOR APPROPRIATE RELIEF.**

---

**Taylor M. Dant**
P.O. BOX 436
9052 W Market St.,
Colfax, North Carolina  27235-9622
(P)(919) 726 - 4812
(E) td@dantlegal.com

## MOVANT KA'LAH NICOLE MARTIN EMERGENT MOTION FOR ABEYANCE

Under Local Rule 12(d) of the Fourth Circuit Court of Appeals, this Motion is filed in good faith, under the Courts control in the interest of the docket, and immediate interest of the State of North Carolina. Movant(s) request and or move for an abeyance in issuing Order on *all* Motions in front of this Court as the only individual with a case this Court may exercise Jurisdiction. Although counselors of the State of North Carolina did not request an Abeyance, which would be the proper Motion under the law if they would read it, and due to the inability of a non-party to ask for a stay, in good faith, this Motion is filed.

This Court, at this time, has no case in front of the Court. In *absolute good faith,* Ka'Lah Martin filed Subsequently Decided Authority to the North Carolina Middle District in *see* No. 79, Proposed Subsequently Decided Authority *Martin v. Seabolt* 1:21-CV-00906-LPA (N.C.M.D. 2021) awaiting Judge Auld's decision in Martin's Motion for a New Trial and Motion to Vacate Judgement. That Authority cites this case, *Riggs v. Griffin,* No. 25-1018, 25-1019, 25-1024, (4th Cir. 2025). However, and additionally, Ka'Lah Martin, Alicia Rodriguez, Jane Doe A through Jane Doe Z and John Doe A through John Doe Z's *rapidly moving to be file* Complaint in the Middle District of North Carolina; and it is on the final review of over one hundred twenty pages in Complaint; and cutting down over thirty pages of Brief, (which can be filed at a later date) to the Middle District under Local Rules and Procedure; and, Motion to Intervene, Motion to Withdraw Amicus Request; Motion to

Correct and Amend Briefing Schedule; Motion to Request Appropriate Relief, Possible Motions to Disqualify Counsel, and Brief in Support of Intervention.

This Complaint to be filed in the Middle District with Plaintiffs Martin, Rodriguez, and John and Jane Doe's are one of two to be filed; one must be filed under seal qui tam, in person, in camera, in the Middle District. Undersigned would not, under any circumstances, misrepresent to the Court that both Complaints are being filed. Undersigned's fingers feel like they may fall off of her hand, and the past week has been spent exhaustively writing this Complaint and numerous meetings with Client Plaintiffs, *the public.* The Complaint with Plaintiff's above names around twenty Defendants, by and through The State of North Carolina. In sum, there is a potential for three cases to reach this Court's Jurisdiction; all of which pertain to immediate and pressing issues in the objective oriented filings to this Court.

It is not only of the interest of this Court, but the interests of the State of North Carolina to issue an Abeyance Order; rendering and allowing Plaintiffs Martin, Rodriguez, and the Jane and John Doe's an opportunity to file a Motion to Intervene in this Court and Brief requesting this Court's involvement in intervention; in a Complaint that is *almost finished, extensive, speaking for the people, by and through one attorney on her own,* and, it is truly believed by undersigned that this Court, and possibly Amicus, but definitely Judge Riggs and Judge Griffin will want to read this Complaint. This Complaint can be filed *due to this case* because; those ignoring these issues are the state of North Carolina, from ground up, covering all areas of every

3

court against the People's rights all the to Federal Court, and objecting in the United States Court of Appeals without a case but certainly an objective.

Plaintiffs suffer no consequence if this Court is to Rule before filing, but the State of North Carolina will. This motion is filed in fear of the Court rendering a decision and Order prior to ability and opportunity to intervene on this schedule, in these Orders, in a case of immediate public risk, harm and injury; where it is of the interest of *everyone* that this Court has jurisdiction over one of the two pending Complaints. To be clear:

I. Explicitly, the Eastern District of North Carolina attempted to save those in these filings from themselves. Federal Courts do not want to intercept State Business. That is Constitutional Law 101.

II. Amicus Proposed Brief and Request to be heard was a kindness; it was the first of *many, countless opportunities for the State to understand Federal Law*.

III. The Honorable Justices in Oral argument, in undersigned's opinion, gave the State of North Carolina on both Appellant and Appellee an opportunity to *back down from the catastrophe* they could cause without stripping the People a chance to be heard over a dozen times and over the time requested for oral argument.

IV. Even mentioning the possibility of how this case could remotely be within the Jurisdiction of this Court with a new complaint, and the Middle District. For anyone in the room with a grasp of Federal Law, it was wildly

4

uncomfortable; as issues of official and individual *qualified* immunity are an area of law that Civil Rights Lawyers, Federal Prosecutors, the Department of Justice, in all States, for years and years and years have attempted to address but the law is so narrow, the cases are usually very unclear, and that issue is heavily argued, and still the law has not changed. It would have been a great idea to research *the person filing as Amicus,* especially as *her attorney has been against the same law firm for three years on these issues, and prevailed on these issues, filing in an attempt to address these issues back in the Middle District right now; cited in Amicus Brief.*

V. Yet again those issues may not be addressed, the State of North Carolina recklessly intervenes on every opportunity where the collateral extends to all aspects of law.

VI. And, still,

VII. for some reason; undersigned thought that in a week following Oral Argument, the State of North Carolina might have brushed up on Federal Law and would consent to a dismissal of appeal; they did not. It is more shocking to still hold hope they would, than the fact they did not.

To be especially clear:

I. There is no Constitutional Jury in Criminal Cases in North Carolina;

II. There is no Constitutional Grand Jury in Criminal Cases in North Carolina:

III. There is no Constitutional Seventh Amendment Right to Juries in the Middle District of North Carolina in pursuit of Civil Rights;

5

IV. There is no Constitutional Jury in the Middle District for those charged in Federal Crimes Charges;

V. There is no Constitutional Jury for any case brought in the Middle District of North Carolina under the Jurisdiction of the Department of Justice;

VI. The Citizens of North Carolina have no chance against the rot of corruption in North Carolina; all the way to a jury, all the way to suing for violation of their Civil Liberties in Federal Court with a jury;

VII. The State of North Carolina *caused this, and they do not care, they objected to be heard,* they hold this information in their hands as required under the law and even with proof, they stood in this court misrepresenting law, in absolute ignorance of Federal Law, as if the State of North Carolina's corruptive reach extends to the United States Court of Appeals as well. This is common, as exhaustively mentioned in Complaint to be filed.

VIII. In over one thousand pages, two Federal Courts, countless opportunities to back down offered by the Court, no case in front of this Court, even an opportunity by the public, through Martin, to realize what they were doing;

IX. The State of North Carolina **has unequivocally, undeniably, expressly *waived Sovereign Immunity*** where *every single person in North Carolina could sue the state as every single person has the Constitutional right to a Grand Jury, a Jury of their peers, Voting Rights, and Due Process.*

All for one Judge over another. The depths of this catastrophe may be the largest scandal North Carolina has ever seen; with every single chance to do the right thing.

6

Plaintiffs are filing, there will be no Wake County action this week, and if the Complaint remains in the Middle District of North Carolina, Plaintiffs have every intention of objecting to every motion to expedite due to every action in this Court for an objective being about a seat over the law, and the people. The complaint is for clients who are *so brave,* and undersigned is *so proud of them* where undersigned has been representing these clients for three years, and they represent just a few of the horrific stories of the people. This Complaint is hard to stomach to the point that someone who knows these clients, their cases, and represented them every stage of the way openly sobs every time reading it. Upon information and belief, the Court wants to read this Complaint, the State of North Carolina should want to read this Complaint, but as represented in the Complaint and the actions of this case alone; the theme is to pretend to do right by the public's most vulnerable, while silencing them on the goal of an objective in such a malicious and intentional manner it hurts the stomach to read, let alone experience.

In absolute good faith, the State of North Carolina is done harming the people. The Public is taking control, but the State of North Carolina is lucky, very lucky, it is by people aiming to do the *most good* in the *catastrophic consequences* that could occur, alongside those already occurring from the allegations in this "case," (there is no "case," but there is one in a couple of hours) and the ignorance of the law and dismissal of the people is represented by those responsible for them arguing this "case." If this pending Complaint case is not in this court, an attorney with three years of practice will have the State of North Carolina in what could be compared to

7

a legal-hostage in the Middle District. All said, *someone* has to do *something*, and that someone who is trying to do the least harm and the most good to the most vulnerable harmed are not the ones filing to this Court. The ones aiming to do the most good under the law are not the people with law, duties, procedure, and responsibility elected to do so; where, thank god someone takes their duties and constitutional rights of all seriously; despite possibly being the attorney in the State with the least amount of reason to do so.

Truthfully, the Complaint will be filed likely before 8:00 pm; but in a last effort to protect those who abandoned every principle of law from themselves; in fear this Court may quickly render its decision, this motion is filed.

WHEREFORE, all premises considered, Movant Martin respectfully requests:

I. This Honorable Court grant and or consider Movant's Motion for Abeyance;

II. And or, any and all proper relief under the law.

Respectfully submitted this the 3rd day of February, 2025.

/s/ *Taylor M. Dant, esq.*
**Taylor M. Dant**
P.O. BOX 436
9052 W Market St.,
Colfax, North Carolina
27235-9622
(P)(919) 726 - 4812
(F)(336) 397 – 9413
(E) td@dantlegal.com

8

## CERTIFICATE OF SERVICE

Undersigned hereby affirms and declares that this Abeyance Motion, or Motion for Appropriate Relief has been served on all parties through electronic filing, notifying all counsel.

This, the 3rd day of February, 2025.

*/s/ Taylor M. Dant, esq.*
**Taylor M. Dant**
P.O. BOX 436
9052 W Market St.,
Colfax, North Carolina
27235-9622
(P)(919) 726 - 4812
(F)(336) 397‑9413
(E) td@dantlegal.com
